AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Angel Manuel Gallardo Candelaria<br><br>*Defendant(s)* | Case No.<br>6:25-mj- 1729 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 8, 2025   in the county of   Orange   in the
  Middle   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Alberto Rosa, Special Agent
*Printed name and title*

Sworn to before me via video conference consistent
with Fed. R. Crim. P. 4.1 and 4(d).

Date: 07/09/2025

*Judge's signature*

City and state:  Orlando, FL    NATHAN W. HILL, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA        CASE NO. 6:25-mj- 1729

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alberto Rosa being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against Angel GALLARDO Candelaria for a violation of 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography in Foreign Commerce). As set forth in more detail below, there is probable cause to believe that, on or about July 8, 2025, GALLARDO Candelaria knowingly transported child pornography in foreign commerce.

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to, Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7). I was previously employed as a SA with the Social Security Administration, Office of the Inspector General, Office of Investigations ("SSA/OIG/OI"), from October 2022 to February 2024. As a SA with SSA/OIG/OI, I was responsible for the enforcement of federal criminal

statutes including, but not limited to, Titles 18 and Title 42 of the United States Code. I was the case agent on multiple investigations involving Social Security benefit fraud. Prior to becoming an SA with SSA/OIG/OI, I was an SA with HSI from December 2016 to October 2022, primarily conducting child exploitation investigations during that time. Before becoming a SA in 2016, I worked for DHS, Customs and Border Protection, U.S. Border Patrol as a Border Patrol Agent for approximately three years.

3. My formal education includes a Bachelor's degree in the Administration of Justice from the Pennsylvania State University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers, smartphones, or other electronic devices are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

6. On July 08, 2025, GALLARDO Candelaria flew from Rionegro, Colombia to Orlando, Florida, in the Middle District of Florida, via the Orlando International Airport (MCO). Upon his arrival to the United States, GALLARDO Candelaria was subject to inspection and was referred to secondary inspection. During secondary inspection, Customs and Border Protection (CBP) officers conducted a border search of GALLARDO Candelaria's cellular smartphone, which he had on his person. During the inspection, GALLARDO Candelaria made a spontaneous utterance, "I have pictures on my phone that are going to get me arrested today, is bad stuff". CBP located child pornography/child sexual abuse material (CSAM) contained within the Telegram app.

7. Subsequently, HSI Special Agents responded to MCO, and reviewed the CSAM material found on GALLARDO Candelaria's phone pursuant to a border search. At the time of the border search, the phone was in airplane mode which severs the connection to the cloud. Thus, there is probable cause to believe all the CSAM files viewed were physically located on the phone itself which was transported into the United States. Specifically, the following files were observed:

    a. A 12-second video which depicts an adult male inserting his penis inside a pre-pubescent female's mouth.

    b. A two-minute video which depicts an adult male having a pre-pubescent female touch and lick his penis, and at the end of the video, the adult male ejaculated on the prepubescent female's face.

    c. An 15-second video which depicts a pre-pubescent female saying in Spanish, "If you didn't suck a dick when you were 10 years old, you didn't have childhood," prior to performing oral sex on an adult male erect penis.

8. Within a single Telegram chat, another HSI Special Agent and a HSI Computer Forensic Analyst (CFA) observed dozens of other images contained within GALLARDO Candelaria's Telegram app that, in their training and experience, are images of CSAM and child erotica.

## CONCLUSION

9. Based on the above, I submit that there is probable cause that on or about July 08, 2025, GALLARDO Candelaria knowingly transported child pornography in foreign commerce when he traveled from Columbia to the United States.

_____
Alberto Rosa, Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me
as true and accurate via video conference consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this  9th  day of July 2025.

_____
NATHAN W. HILL
United States Magistrate Judge